IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

GUILLERMO QUINONES
REG. #22965-004                                                                                    PETITIONER

VS.                                    2:08CV00105 JMM/JTR

T.C. OUTLAW,
Warden, FCI Forrest City                                                                       RESPONDENT

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that:

(1)   Respondent's Motion to Dismiss (docket entry #7) is GRANTED; and

(2)   Petitioner's Petition for a Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241 (docket entry #1), is DENIED, and this habeas action is DISMISSED, WITHOUT PREJUDICE.

Dated this 12th day of February, 2009.

_____
UNITED STATES DISTRICT JUDGE