**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

GUILLERMO QUINONES
REG. #22965-004                                                                                           PETITIONER

VS.                                    2:08CV00105 JMM/JTR

T.C. OUTLAW,
Warden, FCI Forrest City                                                                          RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment be entered in favor of Respondent, and that this habeas action is hereby DISMISSED, WITHOUT PREJUDICE.

Dated this 12th day of February, 2009.

_____
UNITED STATES DISTRICT JUDGE