# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**GUILLERMO QUINONES**
**REG. #22965-004**                                                                                      **PETITIONER**

**VS.**                                              **2:08CV00105 JMM/JTR**

**T.C. OUTLAW,**
**Warden, FCI Forrest City**                                                              **RESPONDENT**

### ORDER

On February 12, 2009 the Court entered an Order and Judgment adopting the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray without objections. On the same day, Petitioner filed a motion for extension of time in which to file his objections. On February 17, 2009, the Court granted Petitioner's motion to file his objections. Petitioner has now filed his objections which the Court will treat as a motion for reconsideration as stated in the Court's previous order.

After carefully considering Petitioner's objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition were appropriately approved and adopted. The Petitioner's motion for reconsideration is denied for the reasons set forth in the Findings and Recommended Disposition.

IT IS SO ORDERED this 3rd day of March, 2009.

_____
James M. Moody
United States District Judge